IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 12-cv-00808-LTB

RANDAL ANKENEY,

    Applicant,

v.

SUSAN JONES, Warden of Fremont Correctional Facility ("Fremont"),
TOM CLEMENTS, Director of the Colorado Department of Corrections ("CDOC"), and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Larimer Couny District Court case number 06CR1548, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Larimer County Justice Center
            201 LaPorte Avenue, Suite 100
            Fort Collins, Colorado 80521;

(2)  Assistant Solicitor General
     Appellate Division
     Office of the Attorney General
     1525 Sherman Street
     Denver, Colorado  80203; and

(3)  Court Services Manager
     State Court Administrator's Office
     101 W. Colfax, Ste. 500
     Denver, Colorado  80202.

DATED July 17, 2012.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, Senior Judge
                                        United States District Court