IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 12-cv-00808-LTB

RANDAL ANKENEY,

    Applicant,

v.

SUSAN JONES, Warden of Fremont Correctional Facility ("Fremont"),
TOM CLEMENTS, Director of the Colorado Department of Corrections ("CDOC"), and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## SECOND ORDER FOR STATE COURT RECORD

On July 17, 2012, Respondents were ordered to file with the Clerk of the Court a copy of the complete record of Applicant's state court proceedings in Larimer Couny District Court case number 06CR1548.  Respondents have failed either to submit the requested record or to communicate with the Court why they are unable to comply with the July 17 Order for State Court Record.  Accordingly, it is

ORDERED that Respondents respond within fourteen days as to why they are not able to comply with the July 17 Order for State Court Record or, in the alternative, file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Larimer Couny District Court case number 06CR1548, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Larimer County Justice Center
            201 LaPorte Avenue, Suite 100
            Fort Collins, Colorado 80521;

    (2)    Assistant Solicitor General
            Appellate Division
            Office of the Attorney General
            1525 Sherman Street
            Denver, Colorado  80203; and

    (3)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado  80202.

DATED August 31, 2012.

                                                      BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    LEWIS T. BABCOCK, Senior Judge
                                                    United States District Court