IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00808-LTB

RANDAL ANKENEY,

    Petitioner,

v.

SUSAN JONES, Warden of Fremont Correctional Facility,
TOM CLEMENTS, Director of the Colorado Department of Corrections ("CDOC"), and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered throughout the course of proceedings in this case, the following final judgment is hereby entered.

I.    PURSUANT to and in accordance with the Order to Dismiss In Part entered by the Honorable Lewis T. Babcock on July 17, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that claims 2, 4(a), and 4(b) are DISMISSED because those claims do not present any issues that are cognizable in this habeas corpus action pursuant to 28 U.S.C. § 2254.

II.    PURSUANT to and in accordance with the Order on Application for Writ of Habeas Corpus entered by the Honorable Lewis T. Babcock on September 25, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2254 and/or 28 U.S.C. § 2241 is DENIED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents, Susan Jones, Tom Clements, and John Suthers, and against Petitioner, Randal Ankeney.  It is

FURTHER ORDERED that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and/or 28 U.S.C. §2241 and this civil action are DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

DATED at Denver, Colorado this  27th  day of September, 2012.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/ Edward P. Butler
                Edward P. Butler,
                Deputy Clerk